UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADEKUNLE A. ONATOLU,

                            Plaintiff,

-against-

NEWS STATIONS AROUND THE WORLD,

                            Defendants.

1:20-CV-7607 (CM)

ORDER OF DISMISSAL UNDER 28 U.S.C. § 1651

COLLEEN McMAHON, Chief United States District Judge:

    By order dated July 9, 2015, the Court barred Plaintiff from filing any new civil action in this Court *in forma pauperis* (IFP) without first obtaining from the Court leave to file. *See Onatolu v. U.S. Army*, ECF 1:15-CV-2829, 4 (S.D.N.Y. July 9, 2015). Plaintiff files this new *pro se* civil action, seeks IFP status, and has not sought leave to file from the Court.[1] This action is therefore dismissed without prejudice for Plaintiff's failure to comply with the July 9, 2015 order.

    Plaintiff has consented to electronic service of Court documents. (ECF 3.) The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:  September 17, 2020
           New York, New York

                                            COLLEEN McMAHON
                                            Chief United States District Judge

---

[1] Plaintiff attaches to his complaint a notice of appeal, a motion for extension of time to file a notice of appeal, a motion for leave to proceed IFP on appeal, and an application to appeal IFP. At the time Plaintiff filed his complaint, however, there was no order in this action from which to appeal, and the Court therefore does not address these documents.