UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADEKUNLE A. ONATOLU,

                Plaintiff,

-against-

NEWS STATIONS AROUND THE WORLD,

                Defendant.

1:20-CV-7607 (CM)

CIVIL JUDGMENT

      Pursuant to the order issued September 17, 2020, dismissing this action without prejudice,

      IT IS ORDERED, ADJUDGED, AND DECREED that under the July 9, 2015 order in *Onatolu v. U.S. Army*, ECF 1:20-CV-2829, 4 (S.D.N.Y. July 9, 2015), this action is dismissed without prejudice.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

      Plaintiff has consented to electronic service of Court documents. (ECF 3.)

SO ORDERED.

Dated:   September 17, 2020
          New York, New York

                                          COLLEEN McMAHON
                                     Chief United States District Judge